UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. _____

Removed from Madison Circuit Court
Civil Action No. 12-CI-932

AMANDA KOPCA                                                                                           PLAINTIFF

v.     **PROGRESSIVE DIRECT INSURANCE COMPANY'S**
       **RULE 7.1 DISCLOSURE**

GENERAL MOTORS LLC,
PROGRESSIVE DIRECT INSURANCE COMPANY,
AND WILLIAM PERDUE                                                                              DEFENDANTS

\* \* \* \* \*

Defendant Progressive Direct Insurance Company, by counsel, for its Rule 7.1 Disclosure, states the following:

Progressive Direct Insurance Company is a wholly-owned subsidiary of The Progressive Corporation (a publicly traded company).

Respectfully submitted,

/s/ Robert L. Steinmetz
Robert L. Steinmetz
Lindsay Gray
Gwin, Steinmetz & Baird PLLC
401 West Main Street, Suite 1000
Louisville, Kentucky 40202
(502)618-5700
*Counsel for Progressive Direct Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Thomas K. Herren, tom.herren@herrenadams.com
Kara M. Stewart, kara.stewart@dinsmore.com

s/Robert L. Steinmetz