UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
CIVIL ACTION NO.: 5:12-CV-00382-DCR
*ELECTRONICALLY FILED*

AMANDA KOPCA                                                                              PLAINTIFF

v.                      **DISCLOSURE STATEMENT**

GENERAL MOTORS LLC,
PROGRESSIVE DIRECT INSURANCE COMPANY,
AND WILLIAM PERDUE                                     DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for General Motors LLC, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

General Motors LLC is a limited liability company, which is owned by an intermediate subsidiary of General Motors Company called General Motors Holdings LLC. General Motors LLC employs all U.S.-based personnel and operates the U.S. automotive business. General Motors LLC was known as "General Motors Company" between July 9, 2009 and October 16, 2009 when it converted from a corporation to a limited liability company with a different name. On July 10, 2009, it acquired

substantially all of the assets of Motors Liquidation Company (formerly known as General Motors Corporation).

The conversion of General Motors LLC to a limited liability company on October 16, 2009 was part of a reorganization, which was completed when General Motors LLC transferred all of its assets and liabilities, except for those related to the U.S. automotive operations to its parent, General Motors Holdings LLC, on October 19, 2009 and November 2, 2009. As part of this reorganization a new ultimate parent company was created, and it changed its name from General Motors Holding Company to General Motors Company on October 16, 2009. General Motors Company holds 100% of the ownership interest in General Motors Holdings LLC.

Respectfully Submitted,

KARA M. STEWART
DINSMORE & SHOHL LLP
250 West Main Street, Suite 1400
Lexington, Kentucky 40507
Phone: (859) 425-1000
Fax: (859) 425-1009

/s/Kara M. Stewart
COUNSEL FOR DEFENDANT,
GENERAL MOTORS LLC

Of counsel:

Monica V. Pennisi Marsico, Esquire
Lavin, O'Neil, Ricci, Cedrone & DiSipio
Suite 500
190 North Independence Mall West
6th & Race Streets
Philadelphia, PA  19106
215-351-1918
215-627-2551 (fax)
mpmarsico@lavin-law.com

## **CERTIFICATE OF SERVICE**

On the 2nd day of January, 2012 I electronically filed the foregoing document through the ECF system, which will send a notice of electronic filing to all participants.

>  /s/Kara M. Stewart
>  COUNSEL FOR DEFENDANT,
>  GENERAL MOTORS LLC