UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| AMANDA KOPCA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 12-382-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| GENERAL MOTORS LLC, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the Recommended Disposition issued by United States Magistrate Judge Robert E. Wier. [Record No. 25] The Court has reviewed the Recommended Disposition and is in agreement with the matters outlined by Magistrate Judge Wier. Further, the parties have not filed objections. Therefore, in accordance with 28 U.S.C. § 636(b)(1)(B), it is hereby

**ORDERED** as follows:

1. The Recommended Disposition of United States Magistrate Judge Robert E. Wier [Record No. 25] is **ADOPTED** and **INCORPORATED** herein by reference.

2. In accordance with Rule 4(m) of the Federal Rules of Civil Procedure, the claims asserted in this action against Defendant William Purdue are **DISMISSED**, without prejudice, based on the plaintiff's failure to complete service of process over that defendant within the time prescribed by the Federal Rules of Civil Procedure.

3. The Court concludes that the plaintiff has conceded the defendant's allegations of fraudulent joinder of Defendant William Purdue based on her failure to oppose the issue when raised by Defendant Progressive Direct Insurance Company.

This 16th day of September, 2013.

Signed By:
*Danny C. Reeves* DCR
United States District Judge